195 So. 906

**J. J. WILLETT. v. Shaler C. HOUSER et al., Ex'rs.**

**7 Div. 626.**

Supreme Court of Alabama.

April 18, 1940.

Ross Blackmon, of Anniston, for appellant.

Knox, Liles, Jones & Blackmon, of Anniston, for appellees.

PER CURIAM.

Appeal dismissed on motion of appellees.